Sunil A. Brahmbhatt, Esq. (SBN. 140484)
Law Office of Sunil A. Brahmbhatt, PLC.
2700 N. Main Street, Suite #310
Santa Ana, CA 92705
Tel: 714-285-1092 * Fax: 714-917-3130

Attorney for Plaintiff
OXY-HEALTH, LLC, A California Limited Liability Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORINA

| | |
|---|---|
| **OXY-HEALTH, LLC, A California Limited Liability Company**<br><br>       **PLAINTIFF,**<br><br>**V.**<br><br>**SECHRIST INDUSTRIES, INC., A Delaware Corporation authorized to do business in California and DOES 1-50, inclusive.**<br><br>       **DEFENDANTS,** | **Case No:**<br><br>**COMPLAINT FOR INJUNCTION BASED ON:**<br>**(1) TRADEMARK INFRINGEMENT UNDER 15 U.S.C. §1114;**<br>**(2) TRADEMARK DILUTION UNDER 15 U.S.C.§1125(c);**<br>**(3) UNFAIR COMPETITION AND FALSE ADVERTISING 15 U.S.C.§1125 (a);**<br>**(4) UNFAIR COMPETITION AND FALSE ADVERTISING UNDER CAL.BUS. & PROF. CODE §§ 17200 AND 17500, ET SEQ.**<br><br><br>**{JURY TRIAL DEMANDED}** |

Plaintiff OXY-HEALTH, LLC., a California Limited Liability Company (interchangeably referred to as, "OXY-HEALTH" or "Plaintiff") for its complaint against Defendant SECHRIST INDUSTRIES, INC., a Delaware corporation authorized to do business in California ("SECHRIST" or "Defendant") and Does 1 through 50, inclusive, alleges, on knowledge as to its own actions, and otherwise upon information and belief, as follows:

## PRELIMINARY STATEMENT

1. This action arises out of the willful and malicious acts of trademark infringement, dilution, false advertising, unfair competition under federal and state laws and other related tortious acts all committed by Defendants in connection with the operation of a website on that portion of the Internet known as the World Wide Web.

2. Plaintiff OXY-HEALTH is the rightful and legal owner of the federally registered trademarks, **Oxyhealth®**, **Vitaeris 320®** and **Solace 210®** ("OXY TRADEMARKS").

3. Defendant SECHRIST has intentionally and maliciously purchased ten (10) Adwords which contain the federally registered OXY TRADEMARKS as follows: *(i) vitaeris 320; (ii) solace 320; (iii) vitaeris 320 price; (iv) vitaeris hyperbaric chambers; (v) solace price 210; (vi) solace 210 hyperbaric chamber; (vii) oxyhealth; (viii) vitaeris 320 hyperbaric; (ix) solace hyperbaric chamber and, (x) vitaeris hyperbaric chamber* ('INFRINGING ADWORDS").

4. Plaintiff OXY-HEALTH promotes, markets and sells in the United States and worldwide its hyperbaric oxygen therapy chambers under the federally registered trademark brand name, **OxyHealth®**, and two of its well-known and popular hyperbaric oxygen therapy chambers under the federally registered trademark product names, ***Vitaeris 320*® and *Solace 210*®**.

2

5. Plaintiff SECHRIST has intentionally and maliciously purchased the INFRINGING ADWORDS from Google to enable Plaintiff SECHRIST to prioritize their own website, www.sechristusa.com during a consumer search for Plaintiff OXY-HEALTH'S products. The sole purpose of Plaintiff SECHRIST in purchasing the INFRINGING ADWORDS is to hijack and divert consumer searches for PLAINTIFF OXY-HEALTH'S internet traffic under its federally registered OXY TRADEMARKS to Defendant SECHRIST'S website, www.seachristusa.com where Defendant SECHRIST advertises and sells its own competitive hyperbaric oxygen therapy chambers thereby causing confusion, as well as, tarnishing Plaintiff OXY-HEALTH'S business goodwill and reputation all whilst diluting the OXY TRADEMARKS.

6. Plaintiff SECHRIST by infringing on the federally registered trademark, *oxyhealth*®, *Vitaeris 320*® and *Solace 210*® and by intentionally and maliciously purchasing Adwords for search engine optimization such that a search of the infringed OXY TRADEMARKS Adwords directs the consumer to Defendant SECHRIST'S website thereby diverting Plaintiff OXY-HEALTH'S potential customers and sales to financially injure Plaintiff OXY.

7. The purchase of the INFRINGING ADWORDS is an intentional, well thought out marketing strategy which is calculated to portray a mistaken impression to the consumer that Defendant SECHRIST'S competitive hyperbaric oxygen therapy chambers are associated with Plaintiff OXY-HEALTH'S well-known hyperbaric oxygen therapy chambers marketed under its federally registered product names, *Vitaeris 320*® and *Solace 210*® thereby causing a loss of reputation and goodwill and control over the OXY'S brand name and product names.

8.  Plaintiff OXY-HEALTH seeks to enjoin Defendant SECHRIST'S intentional and malicious infringing activity and seeks monetary damages for its lost sales and profits.

## JURISDICTION AND VENUE

9.  The claims alleged in this action arises under the federal trademark statute (the "Lanham Act") 15 U.S.C. §1051 *et seq*., 28 U.S.C. § 1331 (federal question); 28 U.S.C. §1338(a) (trademark); and, 15 U.S.C.§§1114 &1125 trademark infringement, trademark dilution, federal trademark, false advertising, false representation and false designation of origin and pendent jurisdiction over the remaining claims pursuant to 28 U.S.C. § 1367;

10. Venue is also proper in this district under 28 U.S.C. § 1391(b)(1), in that Defendant SECHRIST resides in this district, [28 U.S.C. § 1391(b)(2)], in that a substantial part of the events or omissions giving rise to the claim occurred in this district, [28 U.S.C. § 1391(b)(2)], in that Defendant is subject to personal jurisdiction in this district with respect to this action, and there is no other district in which the action may otherwise be brought.

## PARTIES

5.  Plaintiff OXY-HEALTH, LLC., ("Plaintiff" or "OXY-HEALTH") is a Limited Liability Company organized under the laws of the State of California with its principal place of business located at, 10719 Norwalk Blvd., Santa Fe Springs, CA 90670.

6.  On Information and belief, Defendant SECHRIST INDUSTRIES, INC., ("SECHRIST") is a corporation organized under the laws of the State of Delaware and authorized to conduct business in California and whose principal place of business is located at, 4242 E. La Palma Avenue, Anaheim CA 92807.

7.  Plaintiff OXY-HEALTH is presently unaware of the true names of Defendants identified in the complaint under the fictitious names, Doe No 1-50. On information and belief, does 1-

4

**COMPLAINT- OXYHEALTH V. SECHRIST INDUSTRIES, INC.**

50 are unlawfully and unfairly using and infringing, without authorization Plaintiff OXY's federally registered trademarks, specifically, Plaintiff OXY-HEALTH'S federally registered brand name, *Oxyhealth®* and its product names, *Vitaeris 320® Solace 210®;* each of which are subject to federal trademark protection, and confusing similar variations thereof, in connection with websites and other forms of on-line advertising that promote, market and sell hyperbaric oxygen therapy ("HBOT") chambers. Plaintiff OXY-HEALTH will amend and this complaint to identify the true and correct names of the Doe Defendants as they are discovered.

### FACTUAL BACKGROUND

8.  Plaintiff OXY-HEALTH has a worldwide distribution network and is an industry leader in the promotion and sale of hyperbaric oxygen therapy ("HBOT") chambers.

9.  On December 6, 2011, the United States Patent & Trademark office ("USPTO") issued to Plaintiff OXY-HEALTH, U.S. Trademark Registration No. 4066991 for its mark, *oxyhealth®*, in connection with its corporate branding, promotion and sales of HBOT Chambers. A true and correct copy of this registration with the registered mark in use in commerce is attached as Exhibit "A" and incorporated herein by this reference.

10. Since 2011 and thereafter, Plaintiff OXY-HEALTH has devoted substantial time, effort and financial resources for marketing and developing its brand name, *oxyhealth®* for the sale and promotion of HBOT chambers under the federally registered and trademark, *oxyhealth®*. *Oxyhealth®* is a worldwide recognized brand name in the HBOT industry known for the high quality of HBOT chambers it markets and sells.

11. On October 14, 2008, the United States Patent & Trademark office ("USPTO") issued to Plaintiff OXY-HEALTH, U.S. Trademark Registration No. 3514991 for its mark, *Vitaeris*

*320*® in connection with HBOT Chamber product name. A true and correct copy of this registration with the registered mark in use in commerce is attached as Exhibit "B" and incorporated herein by this reference.

12. Since October 2008, Plaintiff OXY-HEALTH has devoted substantial time, effort and financial resources to market and develop its product line, especially, the well-known and recognized HBOT Chamber marketed and sold under the federally registered product name, *'Vitaeris 320*® throughout United States and around the world. *'Vitaeris 320*® is a worldwide recognized HBOT chamber known for its safety, superior quality, efficiency and performance.

13. On August 31, 2010, the United States Patent & Trademark office ("USPTO") issued to Plaintiff OXY-HEALTH, U.S. Trademark Registration No. 3839918 for its mark, *Solace 210*®, in connection with a HBOT Chamber product name. A true and correct copy of this registration with the registered mark in use in commerce is attached as Exhibit "C" and incorporated herein by this reference.

14. Since August 2010, Plaintiff OXY-HEALTH has devoted substantial time, effort and financial resources to market and develop its product line, especially, the well-known and recognized HBOT Chamber marketed and sold under the federally registered product name, *'Solace 210*® throughout United States and around the world. *'Solace 210*® is a worldwide recognized HBOT chamber known for its safety, superior quality, efficiency and performance.

15. Plaintiff OXY-HEALTH through its brand name, *oxyhealth*® has expended substantial time, effort and financial resources to promote its two (2) well known and recognized HBOT chambers under the federally registered names, *'Vitaeris 320*®' and *'Solace 210*®' each of

6

**COMPLAINT- OXYHEALTH V. SECHRIST INDUSTRIES, INC.**

which are very popular and in high demand in United States and recognized as the top and best-selling HBOT Chambers in USA and worldwide.

16. The public has come to recognize and rely upon Plaintiff OXY-HEALTH'S brand name, *oxyhealth*® as being associated with its superior quality HBOT chambers under the product names, '*Vitaeris 320*®' and '*Solace 210*®'.

17. The *Oxyhealth*®, *Vitaeris 320*®' and '*Solace 210*®' federally registered trademarks are all in full force and effect on the USPTO'S Principal Register, and gives the rise of presumptions in favor of Plaintiff OXY-HEALTH with respect to validity, ownership and exclusive rights to use the marks, *Oxyhealth*®, *Vitaeris 320*® and *Solace 210*® throughout United States.

18. Plaintiff OXY-HEALTH is the valid registered owner of the federally registered trademarks, *Oxyhealth*®, *Vitaeris 320*® and *Solace 210*® and has continuously used the marks in commerce throughout United States in the distribution, provision, offering for sale, sale, marketing, advertising and promotion of high quality HBOT Chambers.

19. As a result of its widespread, continuous and exclusive use of each of the federally registered marks, *Oxyhealth*®, *Vitaeris 320*® and *Solace 210*® identifying HBOT Chambers and Plaintiff OXY-HEALTH as their source, Plaintiff OXY-HEALTH owns valid and subsisting federal statutory and common law rights to the *Oxyhealth*®, *Vitaeris 320*® and *Solace 210*® trademarks.

20. Plaintiff OXYHEALTH'S *Oxyhealth*®, '*Vitaeris 320*®' and '*Solace 210*®' marks are distinctive to both the consuming public and Plaintiff OXY-HEALTH'S trade in the HBOT industry.

///

///

7

COMPLAINT- OXYHEALTH V. SECHRIST INDUSTRIES, INC.

## INFRINGING ACTIVITY

### (a) GOOGLE ADWORDS.

21. Defendant SECHRIST has infringed upon and violated Plaintiff OXY-HEALTH'S federally registered trademarks, *Oxyhealth®*, *Vitaeris 320®* and *Solace 210®* by purchasing ten (10) separate Adwords from Google which contain federally registered trademarks, *Oxyhealth®*, *Vitaeris 320®* and *Solace 210®* and confusing similar variations thereof, for the sole purpose of diverting HBOT chamber sales from Plaintiff OXY-HEALTH, by high-jacking internet consumer traffic away from Plaintiff OXY-HEALTH, for the sole purpose of directing said internet traffic to its own website, www.sechristusa.com for the purpose of selling its own competitive HBOT chambers. The INFRINGING ADWORDS or confusing similar variations thereof, purchased by Defendant SECHRIST are:

(i) *vitaeris 320;*

(ii) *solace 320;*

(iii) *vitaeris 320 price;*

(iv) *vitaeris hyperbaric chambers;*

(v) *solace price 210;*

(vi) *solace 210 hyperbaric chamber;*

(vii) *oxyhealth;*

(viii) *vitaeris 320 hyperbaric;*

(ix) *solace hyperbaric chamber and,*

(x) *vitaeris hyperbaric chamber.*

Attached as Exhibit "D" and incorporated herein by this reference is a summary of each of the infringing purchased Google Adwords with a copy of the diversion advertisement to

8

www.sechristusa.com. Attached as Exhibit "E" and incorporated herein by this reference is the contact webpage for www.sechristusa.com which identifies Plaintiff SECHRIST as the owner of the website.

22. Plaintiff OXY-HEALTH, is informed and believes that, Defendant SECHRIST intentional willful and malicious violation of Plaintiff OXY-HEALTH'S afore-mentioned, three federally registered trademarks *Oxyhealth*®, *Vitaeris 320*® *and Solace 210*® were calculated to cause financial injury to Plaintiff OXY-HEALTH and prevented Plaintiff OXY-HEALTH from continuing to build its business around those marks that it has long promoted, possessed and protected.

## FIRST CLAIM
## FEDERAL TRADEMARK INFRINGEMENT
### [15 U.S.C. § 1114]

23. Plaintiff repeats and re-alleges paragraphs 1 through 22 hereof, as if fully set forth herein.

24. The trademark infringing actions of Defendant SECHRIST described herein-above and specifically, without limitation, the intentional, willful and unauthorized use of Plaintiff OXY-HEALTH'S federally registered brand name, *Oxyhealth*® and federally registered product names, *Vitaeris 320*® *and Solace 210*® and confusing similar variations thereof, as alleged herein is likely to deceive consumers as to the origin, source, sponsorship, or affiliation of Defendant SECHRIST'S HBOT chambers, and is likely to cause consumers to believe, contrary to fact, that Defendant SECHRIST'S HBOT chambers are sold, authorized, endorsed, or sponsored by Plaintiff OXY-HEALTH, or that Defendant SECHRIST is in some way affiliated with or sponsored by Plaintiff OXY-HEALTH. Defendant SECHRIST'S conduct therefore constitutes trademark infringement in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

9

25. Upon information and belief, Defendant SECHRIST has committed the foregoing acts of infringement with full knowledge of Plaintiff OXY-HEALTH'S prior rights in the *Oxyhealth®*, *Vitaeris 320®* and *Solace 210®* marks.

26. Defendant SECHRIST'S conduct is causing immediate and irreparable harm and injury to Plaintiff OXY-HEALTH, and to its goodwill and reputation, and will continue to both damage Plaintiff OXY-HEALTH and confuse the public unless enjoined by this court. Plaintiff OXY-HEALTH has no adequate remedy at law.

27. Defendant SECHRIST'S actions constitute a knowing, deliberate, and willful infringement of Plaintiff OXY-HEALTH'S federally registered marks, *Oxyhealth®*, *Vitaeris 320®* and *Solace 210®* and confusing similar variations thereof, and the knowing and intentional nature of the acts set forth herein renders this an exceptional case under 15 U.S.C. §1117(a), whereby Plaintiff OXY-HEALTH is entitled to recover in equity, (1) defendant's profits, (2) any damages sustained by the plaintiff, and (3) the costs of the action.

28. As a direct and proximate result of Defendant SECHRIST'S willful and intentional infringement of Plaintiff OXY-HEALTH'S federally registered marks, *Oxyhealth®*, *Vitaeris 320®* and *Solace 210®* and confusing similar variations thereof, and the knowing and intentional nature of the acts set forth herein Plaintiff OXY-HEALTH has suffered substantial monetary damages as well as the continuing loss of goodwill and reputation established by Plaintiff OXY-HEALTH, a leader in the HBOT chambers marketplace, under its federally registered brand name, *Oxyhealth®* and its product names, *Vitaeris 320®* and *Solace 210®*. This continuing loss of goodwill cannot be properly calculated and thus constitutes irreparable harm, and an injury for which Plaintiff OXY-HEALTH has no adequate remedy at law. Plaintiff OXY-HEALTH will continue to suffer irreparable harm

unless this court enjoins, Defendant SECHRIST and all others acting through them.

29. Plaintiff OXY-HEALTH is entitled to, among other relief, injunctive relief and an award of actual damages, Defendant's profits, enhanced damages and profits, reasonable attorneys' fees, and costs of the action under Sections 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1116, 1117, together with prejudgment and post-judgment interest.

WHEREFORE, Plaintiff OXY-HEALTH prays for judgment as set forth in the Prayer.

## SECOND CLAIM
## FEDERAL TRADEMARK DILUTION
## [15 U.S.C. § 1125(c)]

30. Plaintiff repeats and re-alleges paragraphs 1 through 29 hereof, as if fully set forth herein.

31. The actions of Defendant SECHRIST described hereinabove and specifically, without limitation, their unauthorized use of Plaintiff OXY-HEALTH'S federally registered trademarks, *Oxyhealth*®, *Vitaeris 320*® *and Solace 210*® and confusing similar variations thereof, as alleged herein, to hijack internet traffic in order to advertise, market and sell its own HBOT chambers of inferior quality and workmanship in the United States including California, are likely to cause dilution by blurring and tarnishment of the OXY TRADEMARKS in violation of 15 U.S.C. § 1125(c).

32. The actions of Defendant SECHRIST if not enjoined, will continue. Plaintiff OXY-HEALTH has suffered and continues to suffer lost sales and monetary damages in an amount to be proven at trial, consisting amongst other things, diminution in the value and goodwill associated with the federally registered trademarks, *Oxyhealth*®, *Vitaeris 320*® *and Solace 210*® and injury to Plaintiff OXY-HEALTH'S business. Plaintiff OXY-HEALTH is therefore entitled to injunctive relief pursuant to 15 U.S.C. § 1116 and 15 U.S.C. § 1125(c).

///

11

**33.** On information and belief, the actions of Defendant SECHRIST described above were and continue to be deliberate, malicious and willful. Plaintiff OXY-HEALTH is therefore entitled to recover damages of profits made by Defendant SECHRIST on sales diverted from the illegal use of the afore-mentioned OXY TRADEMARKS and confusing similar variations thereof, by purchasing the INFRINGING ADWORDS for internet search engine optimization and, costs of this action pursuant to 15 U.S.C. § 1117, according to proof at trial.

WHEREFORE, Plaintiff OXY-HEALTH prays for judgment as set forth in the Prayer.

### THIRD CLAIM
### UNFAIR COMPETITION AND FALSE ADVERTISING
### [15 U.S.C. § 1125(a)]

**34.** Plaintiff repeats and re-alleges paragraphs 1 through 33 hereof, as if fully set forth herein.

**35.** Defendant SECHRIST'S unauthorized use in commerce of the federally registered Infringing Marks, *Oxyhealth®*, *Vitaeris 320®* *and Solace 210®* and confusing similar variations thereof, as alleged herein is likely to deceive consumers, cause confusion or to cause mistake as to any false designation of origin, source, sponsorship, misleading description or representation of fact or deceit of affiliation of Defendant SECHRIST'S HBOT chambers, with those of Plaintiff OXY-HEALTH which is likely to cause consumers to believe that Defendant SECHRIST'S HBOT chambers are sold, authorized, endorsed, or sponsored by Plaintiff OXY-HEALTH, or that Defendant SECHRIST'S are in some way affiliated with or sponsored by Plaintiff OXY-HEALTH.

**36.** Defendant SECHRIST'S unauthorized use in commerce of the infringing marks, *Oxyhealth®*, *Vitaeris 320®* *and Solace 210®* and confusing similar variations thereof, as

12

COMPLAINT- OXYHEALTH V. SECHRIST INDUSTRIES, INC.

alleged herein constitutes use of a false designation of origin and misleading description and representation of fact intended to deceive the consumer to believe that they were dealing with Plaintiff OXY-HEALTH.

37. Upon information and belief, Defendant SECHRIST'S conduct as alleged herein is willful and is intended to and is likely to cause confusion, mistake, or deception as to the affiliation, connection, or association of Defendant SECHRIST with Plaintiff OXY-HEALTH.

38. Defendant SECHRIST'S conduct as alleged herein constitutes unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

39. Defendant SECHRIST'S conduct as alleged herein is causing immediate and irreparable harm and injury to Plaintiff OXY-HEALTH and to its goodwill and reputation, and will continue to both damage Plaintiff OXY-HEALTH and confuse the public unless enjoined by this court. Plaintiff OXY-HEALTH has no adequate remedy at law.

40. Plaintiff OXY-HEALTH is entitled to, among other relief, injunctive relief and an award of actual damages, Defendant SECHRIST'S profits, enhanced damages and profits, reasonable attorneys' fees, and costs of the action under Sections 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1116, 1117, together with prejudgment and post-judgment interest.

WHEREFORE, Plaintiff OXY-HEALTH prays for judgment as set forth in the Prayer.

## FOURTH CLAIM
## UNFAIR COMPETITION AND FALSE ADVERTISING
## [CAL.BUS. & PROF. CODE §§ 17200 AND 17500, ET SEQ]

41. Plaintiff repeats and re-alleges paragraphs 1 through 40 hereof, as if fully set forth herein.

42. Defendant SECHRIST conduct of the unauthorized use in commerce of the Infringing Marks, *Oxyhealth*®, *Vitaeris 320*® *and Solace 210*® and confusing similar variations thereof,

as alleged herein constitutes unfair competition and deceptive acts or practices in the course of business, trade, or commerce, in violation of Cal. Bus. & Prof. Code §§17200 and 17500, et seq.

43. Plaintiff OXY-HEALTH is informed and believes that as a direct and proximate result of Defendant SECHRIST wrongful conduct as described above, Defendant SECHRIST gained revenues and profits properly belonging to Plaintiff OXY-HEALTH. Plaintiff OXY-HEALTH therefore seeks restitution of these amounts and also seeks injunctive relief restraining Defendant SECHRIST and all others acting on behalf and in concert with them, from further engaging in any use of the infringing marks, *Oxyhealth®*, *Vitaeris 320® and Solace 210®* and confusing similar variations thereof, or any other federally registered marks of Plaintiff OXY-HEALTH.

**WHEREFORE,** Plaintiff OXY-HEALTH requests judgment against Defendant Sechrist Industries, Inc., in the Prayer for Relief as follows:

## PRAYER FOR RELIEF

1) That, the Court Enter an Order (on a preliminary and permanent basis) requiring that Defendant SECHRIST and their officers, agents, servants, employees, agents, owners, and representatives, and all other persons, firms or corporations in active concert or participation with them, be enjoined and restrained from:

(a) Using in any manner the federally registered trademarks, *Oxyhealth®*, *Vitaeris 320® and Solace 210®* and confusing similar variations thereof;

(b) Purchasing or using any Adwords for the purpose of search engine optimization the federally registered trademarks, *Oxyhealth®*, *Vitaeris 320® and Solace 210®* and all other federally registered trademarks of Plaintiff OXY-HEALTH similar variations thereof.

14

**COMPLAINT- OXYHEALTH V. SECHRIST INDUSTRIES, INC.**

(c) engaging in any activity on the internet or otherwise in any medium of communications through organic search engine optimization (SEO) that infringes upon Plaintiff OXY-HEALTH'S rights in its federally registered trademarks, *Oxyhealth®*, *Vitaeris 320® and Solace 210®*;

(d) Using or displaying in any manner on any websites, products, or promotional materials in any false and/or deceptive manner, the federally registered trademarks, *Oxyhealth®*, *Vitaeris 320® and Solace 210®* and confusing similar variations thereof;

(e) Using in any manner any name, mark or domain name that wholly incorporates the federally registered trademarks, *Oxyhealth®*, *Vitaeris 320® and Solace 210®* and confusing similar variations thereof;

(f) engaging in any activity that is likely to dilute the distinctiveness of Plaintiff OXY-HEALTH'S federally registered trademarks, *Oxyhealth®*, *Vitaeris 320® and Solace 210®*;

(g) Making or displaying any statement, representation, or depiction that is likely to lead the public or the trade to believe that (i) Defendant SECHRISTS'S hyperbaric oxygen therapy chambers are in any manner approved, endorsed, licensed, sponsored, authorized, or franchised by or associated, affiliated, or otherwise connected with Plaintiff OXY-HEALTH or (ii) Plaintiff OXY-HEALTH'S hyperbaric oxygen therapy chambers are in any manner approved, endorsed, licensed, sponsored, authorized, or franchised by or associated, affiliated, or otherwise connected with Defendant SECHRIST;

(h) using or authorizing any third party to use in connection with any business, goods or services relating to hyperbaric oxygen therapy chambers which contain any false description, false representation, or false designation of origin, or any marks, names, words, symbols, devices, or trade dress that falsely associate such hyperbaric oxygen therapy

COMPLAINT- OXYHEALTH V. SECHRIST INDUSTRIES, INC.

chambers with Plaintiff OXY-HEALTH or tend to do so;

(i) Registering or applying to register any trademark, service mark, domain name, trade name, or other source identifier or symbol of origin consisting of or incorporating Plaintiff OXY-HEALTH'S federally registered trademarks, *Oxyhealth®, Vitaeris 320® and Solace 210®* or any other marks that infringes or is likely to be confused with Plaintiff OXY-HEALTH'S federally registered trademarks, *Oxyhealth®, Vitaeris 320® and Solace 210®*, or any goods or services of Plaintiff OXY-HEALTH, or Plaintiff OXY-HEALTH as their source;

(j) Doing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public or prospective customers of Plaintiff OXY-HEALTH as to the source of the hyperbaric oxygen therapy chambers offered for sale, distributes, or sold, or likely to deceive members of the public, or prospective customers, into believing that there is some affiliation or connection between Defendant SECHRIST and Plaintiff OXY-HEALTH.

(k) Committing any acts that which will tarnish, blur, or dilute, or likely to tarnish, blur, or dilute the distinctive quality of Plaintiff OXY-HEALTH'S federally registered marks, *Oxyhealth®, Vitaeris 320® and Solace 210®*.

(l) Making any representations, express or implied, that Plaintiff OXY-HEALTH and its products, *Vitaeris 320® and Solace 210®* are in some manner affiliated with Plaintiff OXY-HEALTH or that Plaintiff OXY-HEALTH in some manner sponsors or approves of Defendant SECHRIST'S hyperbaric oxygen therapy chambers.

(m) Ordering Defendant SECHRIST to preserve through trial and then deliver for destruction, pursuant to 11 U.S.C. §1118, all internet webpages, scripts, html code, web page templates, or other matter in possession, custody, or control of Defendant SECHRIST or its agents

16

bearing the federally registered marks, *Oxyhealth®*, *Vitaeris 320®* and *Solace 210®*.

**(n)** engaging in any activity constituting unfair competition with Plaintiff OXY-HEALTH;

**(o)** Aiding, assisting, or abetting any other individual or entity in doing any act prohibited by sub-paragraphs (a) through (o).

**2)** That, the Court finds that, Defendant SECHRIST has violated Section 32 of the Lanham Act (15 U.S.C. § 1114); and Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)); and Section 43(c) of the Lanham Act (15 U.S.C. § 1125(c)).

**3)** That, the Court finds that, Defendant SECHRIST has also engaged in unfair competition and false advertising ad violated Cal. Bus. & Prof. Code §17200 and §17500, et seq.

**4)** That, Plaintiff OXY-HEALTH be awarded of actual damages, estimated to be in access of $1,000,000.00, consisting of Defendant SECHRIST'S profits, enhanced, reasonable attorneys' fees, and costs of the action under Sections 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1116, 1117, together with prejudgment and post-judgment interest.

**5)** Granting such other and further relief as the Court may deem proper to prevent the public and trade from deriving the false impression that any goods or services manufactured, sold, distributed, licensed, marketed, advertised, promoted, or otherwise offered or circulated by Defendant SECHRIST are in any way approved, endorsed, licensed, sponsored, authorized, or franchised by or associated, affiliated, or otherwise connected with Plaintiff OXY-HEALTH or constitute or are connected with Plaintiff's OXY-HEALTH'S hyperbaric oxygen therapy chambers.

**6)** Directing Defendant SECHRIST to immediately cease the use of the word, *Oxyhealth®*, *Vitaeris 320®* and *Solace 210®* or any derivative thereof, in any internet advertising campaign with Google or by using any key Adwords through organic search engine

COMPLAINT- OXYHEALTH V. SECHRIST INDUSTRIES, INC.

optimization (SEO), or on any retail website and any other organic advertising campaigns on the internet using the Infringed Marks that feature or bear any designation or mark incorporating the mark or any portion of the federally registered trademarks, *Oxyhealth®*, *Vitaeris 320® and Solace 210®*, or any other mark that is a copy, simulation, confusingly similar variation, or colorable imitation of Plaintiff OXY-HEALTH'S federally registered trademarks, *Oxyhealth®*, *Vitaeris 320® and Solace 210®* and to immediately remove them from public access and view.

7) Directing Defendant SECHRIST to immediately provide proof of cancellation of the purchased Google Adwords and deletion of all advertising links associated with Search Engine Optimization (SEO) of words containing the infringed marks, *Oxyhealth®*, *Vitaeris 320® and Solace 210®*.

8) Awarding Plaintiff OXY-HEALTH an amount up to three times the amount of its actual damages, in accordance with Section 35(a) of the Lanham Act (15 U.S.C. § 1117(a)).

9) Directing that Defendant SECHRIST account to and pay over to Plaintiff OXY-HEALTH all profits realized by its wrongful acts in accordance with Section 35(a) of the Lanham Act (15 U.S.C. § 1117(a)), enhanced as appropriate to compensate Plaintiff OXY-HEALTH for the damages caused thereby.

10) Awarding Plaintiff OXY-HEALTH punitive and exemplary damages as the court finds appropriate to deter any future willful infringement.

11) Declaring that this is an exceptional case pursuant to Section 35(a) of the Lanham Act and awarding Plaintiff OXY-HEALTH its costs and reasonable attorneys' fees thereunder (15 U.S.C. § 1117(a)).

///

COMPLAINT- OXYHEALTH V. SECHRIST INDUSTRIES, INC.

12) Awarding Plaintiff OXY-HEALTH interest, including prejudgment and post-judgment interest, on the foregoing sums.

13) Awarding such other and further relief as the Court deems just and proper.

### JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff OXY-HEALTH requests a trial of all issues that may be tried to a jury in this action.


**LAW OFFICE OF SUNIL A. BRAHMBHATT, PLC.**

**Dated:** June 27, 2017

Sunil A. Brahmbhatt, Esq.
Attorney for Plaintiff Oxy-Health, LLC.

COMPLAINT- OXYHEALTH V. SECHRIST INDUSTRIES, INC.

EXHIBIT "A"



# United States of America

## United States Patent and Trademark Office

# OXYHEALTH

**Reg. No. 4,066,991**
**Registered Dec. 6, 2011**

**Int. Cl.: 10**

**TRADEMARK**

**PRINCIPAL REGISTER**

OXY-HEALTH, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
10719 NORWALK BLVD
SANTA FE SPRINGS, CA 90670

FOR: HYPERBARIC OXYGEN CHAMBERS FOR MEDICAL PURPOSES, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 12-8-2000; IN COMMERCE 12-8-2000.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-309,144, FILED 4-30-2011.

KATHERINE CHANG, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

EXHIBIT "B"

Int. Cl.: 10

Prior U.S. Cls.: 26, 39 and 44

Reg. No. 3,514,991

**United States Patent and Trademark Office**     Registered Oct. 14, 2008

TRADEMARK
PRINCIPAL REGISTER

# Vitaeris 320

OXY HEALTH, LLC (CALIFORNIA LIMITED
  LIABILITY COMPANY)
10719 NORWALK BLVD.
SANTA FE SPRINGS, CA 90670

FOR: A MILD PORTABLE HYPERBARIC CHAM-
BER FOR MEDICAL PURPOSES, IN CLASS 10 (U.S.
CLS. 26, 39 AND 44).

FIRST USE 1-0-2001; IN COMMERCE 1-0-2001.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-272,987, FILED 9-6-2007.

LINDA E. BLOHM, EXAMINING ATTORNEY

EXHIBIT "C"



# United States of America

### United States Patent and Trademark Office

# SOLACE 210

**Reg. No. 3,839,918**
**Registered Aug. 31, 2010**

OXY-HEALTH, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
10719 NORWALK BLVD.
SANTA FE SPRINGS, CA 90670

**Int. Cl.: 10**

FOR: HYPERBARIC OXYGEN CHAMBERS FOR MEDICAL PURPOSES, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

**TRADEMARK**

FIRST USE 2-21-2003; IN COMMERCE 3-10-2003.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "210", APART FROM THE MARK AS SHOWN.

SER. NO. 77-769,316, FILED 6-26-2009.

BRIAN CALLAGHAN, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

EXHIBIT "D"

**7 PAID GOOGLE ADWORDS FOUND THROUGH SPYFU:**

**3 PAID GOOGLE ADWORDS I FOUND ON SEMRUSH:**

**INFRINGEMENTS BELOW ARE FROM TODAY, JUNE 9, 2017 TO SEPTEMBER**
# 1, 2015

# Keyword: oxyhealth

https://cache.spyfu.com/?d=20170401&t=13539160&name=oxyhealth

Sechrist Hyperbaric
[Ad] www.sechristusa.com/
Hyperbaric chamber manufacturer Over 130 countries. Over 30 years.
Products: Hyperbaric Oxygen Chambers, Respiratory Ventilators, Gas Mixing Products&

Searches related to **oxyhealth**

oxyhealth **vitaeris 320**          **portable hyperbaric chamber for sale**
oxyhealth **lawsuit**               **oxyhealth uk**
oxyhealth **prices**                **solace hyperbaric chamber**
**oxy health app**                  **oxy health care**

https://cache.spyfu.com/?d=20151201&t=13539160&name=oxyhealth



# keyword: vitaeris 320 hyperbaric chamber

https://cache.spyfu.com/?d=20170401&t=27422281&name=vitaeris%20320%20hyperbaric%20chamber



https://cache.spyfu.com/default.aspx?d=20170301&t=27422281&name=vitaeris%20320%20hyperbaric%20chamber&pg=2

Sechrist **Hyperbaric**
Ad www.sechristusa.com/
**Hyperbaric chamber** manufacturer Over 130 countries. Over 30 years.

Tampa Oxygen Treatment
Ad www.holisticmedicalcare.net/
**Hyperbaric** Oxygen Treatment Aiding Brain cells & Muscle Healing
205 W Morgan St, Brandon, FL

**Hyperbaric** Oxygen **Chamber** - Most Affordable Price
Ad www.chinahbot.com/
Personal use,4psi, 24" 28" 32" 36", sitting **chamber** available
ST901 - ST701 - ST801 - ST1700

Searches related to **vitaeris 320 hyperbaric chamber**

| | |
|---|---|
| portable hyperbaric chamber **for sale** | vitaeris 320 **for rent** |
| vitaeris 320 **review** | **solace** hyperbaric chamber |
| vitaeris 320 **purpose** | **oxyhealth** hyperbaric chamber |
| vitaeris 320 **manual** | **oxyhealth lawsuit** |

https://cache.spyfu.com/?d=20170201&t=27422281&name=vitaeris%20320%20hyperbaric%20chamber



https://cache.spyfu.com/?d=20170101&t=27422281&name=vitaeris%20320%20hyperbaric%20
chamber



https://cache.spyfu.com/?d=20161101&t=27422281&name=vitaeris%20320%20hyperbaric%20
chamber

https://cache.spyfu.com/?d=20161001&t=27422281&name=vitaeris%20320%20hyperbaric%20
chamber



https://cache.spyfu.com/?d=20160901&t=27422281&name=vitaeris%20320%20hyperbaric%20chamber



https://cache.spyfu.com/?d=20151001&t=27422281&name=vitaeris%20320%20hyperbaric%20



chamber

https://cache.spyfu.com/?d=20150901&t=27422281&name=vitaeris%20320%20hyperbaric%20chamber



vitaeris 320 hyperbaric chamber

Web    Images    Videos    News    Shopping    Maps    Books

About 5,020 results

**Any time**
Past hour
Past 24 hours
Past week
Past month
Past year

**All results**
Verbatim

Portable Hyperbaric Chamber Vitaeris 320 - Oxy Health Corporation
www.oxyhealth.com/vitaeris-320.html - Cached - Similar
Vitaeris 320 is a large, advanced & secure portable hyperbaric chamber from Oxyhealth, specially built for the clinics.

Portable Hyperbaric Chambers | Hyperbaric Oxygen Chamber ...
www.oxyhealth.com/ - Cached - Similar
OxyHealth LLC is the leader of portable hyperbaric chambers. Hyperbaric Oxygen Chamber with impeccable safety record. Unmatched quality for OxyHealth's ...

Vitaeris 320 Hyperbaric Chamber by OxyHealth
www.cascadehealthcaresolutions.com/Vitaeris-320-Hyperbaric-Chamber.../oxy-vitaeris320.htm - Cached - Similar
$19,900.00 - In stock
The best and largest in our fleet of mild personal hyperbaric chambers, the Vitaeris 320 boasts a roomy 32 inflated diameter that comfortably seats two.

Hyperbaric Oxygen Chambers | Hyperbaric Oxygen Therapy-ON ...
www.rehabmart.com/category/Hyperbaric_Chamber.htm - Cached - Similar
These soft hyperbaric chambers are used by both sports athletes and brain injured children. ... OxyHealth Vitaeris 320 Personal Hyperbaric Chamber. The best ...

Hyperbaric Sales (@HyperbaricSales) | Twitter
https://twitter.com/hyperbaricsales - Cached - Similar
#Hyperbaric 4 Sale: Portable Hyperbaric Chamber - Vitaeris 320: $9,000.00End Date: ... #Hyperbaric 4 Sale: Oxyhealth Vitaeris 320 Hyperbaric Chamber: ...

Free The Chamber
freethechamber.com/ - Cached - Similar
Explanation of hyperbaric chambers. ... The Vitaeris 320 is what sets the bar for all hyperbaric chambers I compare to. This is the top of the line hyperbaric ...

For Sale: Hyperbaric Chamber -- Vitaeris 320 with oxygen ...
sci.rutgers.edu/.../showthread.php?...Hyperbaric-Chamber-Vitaeris-320... - Cached - Similar
I have a Vitaeris 320 personal hyperbaric chamber, less than 3 years old, seldom used available for sale. Includes oxygen compressor and ...

James Harrison's Vitaeris 320 Hyperbaric Chamber - YouTube

Shop for                        Sponsored ⓘ
vitaeris... on
Google



OxyHealth
Vitaeris 320
Personal
Hyperbaric
Chamber
$19,900.00 -
Rehabmart.com

OxyHealth Solace
210 Portable
Hyperbaric
Chamber
$7,175.00 -
Rehabmart.com

Ads ⓘ

Hyperbaric Oxygen Chamber
www.oxyhealth.com/oxygen-therapy
HBOT& Hyperbaric Chamber
Get A Portable Chamber

Hyperbaric Chamber $3950
www.newtownehyperbarics.com/
Purchase / Rent / Rent-to-Own.
Affordable / Durable / Safe

Hyperbaric Chambers
www.nbhyperbarics.com/
Quality Hyperbaric Chambers
Rent to Own and Purchase Programs

Hyperbaric Oxygen Therapy
www.pureo2healing.com/
Introductory offer 1 for $24.00
or 2 for $48.00

Oxyhealth Vitaeris 320 Price
wow.com/Oxyhealth+Vitaeris+320+Price
Search for Oxyhealth Vitaeris 320 Price
Look Up Quick Results Now!

Sechrist Hyperbaric
www.sechristusa.com/
Hyperbaric chamber manufacturer
Over 130 countries. Over 30 years.

# Keyword: vitaeris 320 hyperbaric

https://cache.spyfu.com/?d=20170401&t=27422280&name=vitaeris%20320%20hyperbaric



https://cache.spyfu.com/?d=20170201&t=27422280&name=vitaeris%20320%20hyperbaric

Sechrist Hyperbaric                                                    ⓘ
Ad  www.sechristusa.com/
Hyperbaric chamber manufacturer Over 130 countries. Over 30 years.
Products: Hyperbaric Oxygen Chambers, Respiratory Ventilators, Gas Mixing Products&

Oxyhealth Portabe HBOT Chamber - #1 Hyperbaric chambers in USA.
Ad  www.oxyhealth.com/video/hbot-chambers
Oxyhealth portable hyperbaric chambers are safe & trusted for years.Contact Now!
Rich Selection ? Highly Secured ? Trusted
Vitaeris 320 - Respiro 270 - Quamvis 320 - Solace 210

Vitaeris 320 on eBay - Fantastic prices on Vitaeris 320
Ad  www.ebay.com/
4.0 ★★★★☆ advertiser rating
Feed your passion on eBay

Searches related to vitaeris 320 hyperbaric
vitaeris 320 for sale                          vitaeris 320 for rent
vitaeris 320 review                            vitaeris 320 purpose
portable hyperbaric chamber for sale           solace hyperbaric chamber
vitaeris 320 manual                            vitaeris 320 repair

https://cache.spyfu.com/?d=20170101&t=27422280&name=vitaeris%20320%20hyperbaric

### Sechrist **Hyperbaric**
Ad www.sechristusa.com/
Manufacturer of **Hyperbaric** Chambers over 40 years of **hyperbaric** design
Products: Hyperbaric Oxygen Chambers, Respiratory Ventilators, Gas Mixing Products&

### **Hyperbaric** Oxygen Chamber - The Ultimate **Hyperbaric**
Ad www.oxynova.ca/
Starting @189$/month. 100% full 3 year warranty. World Renowned. Ship Worldwide
Oxynova Series 5 - Oxynova Series 9 - Oxynova Series 8

### **Vitaeris 320** on eBay - Fantastic prices on **Vitaeris 320**
Ad www.ebay.com/
4.0 ★★★★☆ advertiser rating
Feed your passion on eBay

Searches related to **vitaeris 320 hyperbaric**

| | |
|---|---|
| vitaeris 320 **for sale** | vitaeris 320 **purpose** |
| vitaeris 320 **review** | **portable** hyperbaric **chamber for sale** |
| vitaeris 320 **for rent** | vitaeris **pharma** |
| vitaeris 320 **manual** | vitaeris 320 **ebay** |

https://cache.spyfu.com/?d=20161101&t=27422280&name=vitaeris%20320%20hyperbaric



https://cache.spyfu.com/?d=20161001&t=27422280&name=vitaeris%20320%20hyperbaric

### Sechrist **Hyperbaric**
Ad www.sechristusa.com/
**Hyperbaric** chamber manufacturer Over 130 countries. Over 30 years.

### **Hyperbaric** Rental Program - Rent A Chamber for 3 - Months
Ad www.oxyhealth.com/**hyperbaric**-rent (888) 667-0385
Find Improvements! Buy@ Low Price.
Vitaeris 320 - Respiro 270 - Quamvis 320

Searches related to **vitaeris 320 hyperbaric**

| | |
|---|---|
| hyperbaric **chamber** | vitaeris 320 **review** |
| vitaeris 320 hyperbaric **chamber cost** | vitaeris 320 **manual** |
| vitaeris 320 hyperbaric **chamber for sale** | **portable** hyperbaric **chamber for sale** |
| vitaeris 320 **price** | vitaeris 320 **for rent** |

https://cache.spyfu.com/?d=20160501&t=27422280&name=vitaeris%20320%20hyperbaric

Sechrist **Hyperbaric**
`Ad` www.sechristusa.com/
**Hyperbaric** chamber manufacturer Over 130 countries. Over 30 years.

Searches related to **vitaeris 320 hyperbaric**

| | |
|---|---|
| hyperbaric **chamber** | vitaeris 320 **review** |
| vitaeris 320 hyperbaric **chamber cost** | vitaeris 320 **manual** |
| vitaeris 320 hyperbaric **chamber for sale** | vitaeris 320 **ebay** |
| vitaeris 320 hyperbaric **oxygen chamber** | vitaeris 320 **used** |

https://cache.spyfu.com/?d=20160301&t=27422280&name=vitaeris%20320%20hyperbaric

Sechrist **Hyperbaric**
`Ad` www.sechristusa.com/
**Hyperbaric** chamber manufacturer Over 130 countries. Over 30 years.

Searches related to **vitaeris 320 hyperbaric**

| | |
|---|---|
| hyperbaric **chamber** | vitaeris 320 **review** |
| vitaeris 320 hyperbaric **chamber cost** | vitaeris 320 **manual** |
| vitaeris 320 hyperbaric **chamber for sale** | vitaeris 320 **ebay** |
| vitaeris 320 hyperbaric **oxygen chamber** | vitaeris 320 **used** |

https://cache.spyfu.com/?d=20151101&t=27422280&name=vitaeris%20320%20hyperbaric



https://cache.spyfu.com/?d=20151001&t=27422280&name=vitaeris%20320%20hyperbaric



https://cache.spyfu.com/?d=20150901&t=27422280&name=vitaeris%20320%20hyperbaric



# Keyword: vitaeris hyperbaric chamber

https://cache.spyfu.com/?d=20170401&t=27422282&name=vitaeris%20hyperbaric%20chamber

Sechrist **Hyperbaric**
[Ad] www.sechristusa.com/
**Hyperbaric chamber** manufacturer Over 130 countries. Over 30 years.
Products: Hyperbaric Oxygen Chambers, Respiratory Ventilators, Gas Mixing Products&

Searches related to **vitaeris hyperbaric chamber**

| | |
|---|---|
| portable hyperbaric chamber for sale | vitaeris 320 purpose |
| solace hyperbaric chamber | vitaeris 320 manual |
| vitaeris 320 review | vitaeris 320 for rent |
| portable hyperbaric bag | oxyhealth hyperbaric chamber |

https://cache.spyfu.com/?d=20170201&t=27422282&name=vitaeris%20hyperbaric%20chamber

Sechrist **Hyperbaric**
[Ad] www.sechristusa.com/
**Hyperbaric chamber** manufacturer Over 130 countries. Over 30 years.
Products: Hyperbaric Oxygen Chamber, Respiratory Ventilators&
Hyperbaric Chamber 3200: Hyperbaric Oxygen Chamber

**Vitaeris Hyperbaric Chamber**
[Ad] www.informationvine.com/Answers
Search **Vitaeris Hyperbaric Chamber**. Visit & Look Up Quick Results Now!
Quick & Easy Answers ? Find Relevant Information ? Learn More

**Vitaeris Hyperbaric Chamber**
[Ad] www.izito.com/**Vitaeris+Hyperbaric+Chamber**
Info on **Vitaeris Hyperbaric Chamber** Get Results from 6 Search Engines!
Discover Quality Results ? Explore the Best Info Now ? Find Related Results Now
Search Smarter - Search Efficiently - Find Fast - Better Results

Searches related to **vitaeris hyperbaric chamber**

| | |
|---|---|
| portable hyperbaric chamber for sale | oxyhealth lawsuit |
| vitaeris 320 review | respiro 270 |
| solace hyperbaric chamber | portable hyperbaric bag |
| oxyhealth hyperbaric chamber | vitaeris 320 purpose |

1/7/17 at 6pm
https://cache.spyfu.com/?d=20170101&t=27422282&name=vitaeris%20hyperbaric%20chamber

Sechrist **Hyperbaric**
[Ad] www.sechristusa.com/
**Hyperbaric chamber** manufacturer Over 130 countries. Over 30 years.
Products: Hyperbaric Oxygen Chambers, Respiratory Ventilators, Gas Mixing Products&

Searches related to **vitaeris hyperbaric chamber**

| | |
|---|---|
| portable hyperbaric chamber for sale | oxyhealth lawsuit |
| vitaeris 320 review | portable hyperbaric bag |
| oxyhealth hyperbaric chamber | vitaeris 320 for rent |
| solace hyperbaric chamber | vitaeris 320 purpose |

12/10/16 at 10am

https://cache.spyfu.com/?d=20161201&t=27422282&name=vitaeris%20hyperbaric%20chambr

Sechrist **Hyperbaric**
Ad www.sechristusa.com/
**Hyperbaric chamber** manufacturer Over 130 countries. Over 30 years.
Steps: Hyperbaric Oxygen Products, Respiratory Products, Gas Mixing Products&

**Vitaeris Hyperbaric Chamber**
Ad www.searchall.com/Search+The+Web
Search for **Vitaeris Hyperbaric Chamber** w/ 100's of Results at SearchAll!

Searches related to **vitaeris hyperbaric chamber**

| | |
|---|---|
| portable hyperbaric chamber for sale | solace hyperbaric chamber |
| oxyhealth hyperbaric chamber | oxyhealth vitaeris 320 personal hyperbaric chamber |
| vitaeris 320 review | hyperbaric chamber for sale craigslist |
| oxyhealth lawsuit | portable hyperbaric chamber for athletes |

11/10/15 at 6pm

https://cache.spyfu.com/?d=20151101&t=27422282&name=vitaeris%20hyperbaric%20chambr



9/7/15 at 2am

https://cache.spyfu.com/?d=20150901&t=27422282&name=vitaeris%20hyperbaric%20chamber



# keyword: solace 210 price

1/7/17 at 1pm

https://cache.spyfu.com/?d=20170101&t=27378182&name=solace%20210%20price

Sechrist Hyperbaric
Ad www.sechristusa.com/
Hyperbaric chamber manufacturer Over 130 countries. Over 30 years.

Solace 210 on eBay - Fantastic prices on Solace 210
Ad www.ebay.com/
4.0 ★★★★★ advertiser rating
Feed your passion on eBay

Solace 210 For Sale
Ad www.netdeals.com/Solace+210+For+Sale
Search for Solace 210 For Sale. Look Up Quick Answers Now!

Searches related to **solace 210 price**

| | |
|---|---|
| respiro 270 for sale | oxyhealth hyperbaric chamber |
| vitaeris 320 hyperbaric chamber for sale | fortius 420 hyperbaric chamber price |
| oxyhealth solace 210 price | hyperbaric chamber for sale craigslist |
| portable hyperbaric chamber for sale | hyperbaric chamber cost |

12/1/16 at 9pm

https://cache.spyfu.com/?d=20161201&t=27378182&name=solace%20210%20price

Sechrist Hyperbaric
Ad www.sechristusa.com/
Hyperbaric chamber manufacturer Over 130 countries. Over 30 years.
Steps: Hyperbaric Oxygen Products, Respiratory Products, Gas Mixing Products&

Searches related to **solace 210 price**

| | |
|---|---|
| respiro 270 for sale | oxyhealth hyperbaric chamber |
| vitaeris 320 hyperbaric chamber for sale | what is a hyperbaric chamber |
| portable hyperbaric chamber for sale | oxygen therapy |
| hyperbaric chamber for sale craigslist | oxygen concentrator |



1 2 3 4 5 6 7 8 9     Next

3/6/16 at 3pm

https://cache.spyfu.com/?d=20160301&t=27378182&name=solace%20210%20price

Sechrist Hyperbaric
Ad www.sechristusa.com/
Hyperbaric chamber manufacturer Over 130 countries. Over 30 years.

Searches related to **solace 210 price**

| | |
|---|---|
| respiro 270 price | solace 210 hyperbaric chamber for sale |
| vitaeris 320 price | solace 210 oxygen concentrator |
| oxyhealth solace 210 price | vitaeris 320 hyperbaric chamber for sale |
| solace 210 for sale | hyperbaric chamber for sale ebay |

# Keyword: solace 210 hyperbaric chamber

4/4/17 at 12am
https://cache.spyfu.com/?d=20170401&t=27378181&name=solace%20210%20hyperbaric%20chamber

Sechrist **Hyperbaric**
Ad www.sechristusa.com/
**Hyperbaric chamber** manufacturer Over 130 countries. Over 30 years.

Searches related to **solace 210 hyperbaric chamber**

| | |
|---|---|
| oxyhealth solace 210 price | oxyhealth hyperbaric chamber |
| respiro 270 for sale | portable hyperbaric chamber for sale |
| vitaeris 320 hyperbaric chamber for sale | portable hyperbaric bag |
| respiro hyperbaric oxygen chamber | hyperbaric chamber for sale craigslist |

3/16/17 at 11am
https://cache.spyfu.com/default.aspx?d=20170301&t=27378181&name=solace%20210%20hyperbaric%20chamber&pg=2

Sechrist **Hyperbaric**
Ad www.sechristusa.com/
**Hyperbaric chamber** manufacturer Over 130 countries. Over 30 years.
Products: Hyperbaric Oxygen Chamber, Respiratory Ventilators&

Searches related to **solace 210 hyperbaric chamber**

| | |
|---|---|
| oxyhealth solace 210 price | oxyhealth hyperbaric chamber |
| respiro 270 for sale | portable hyperbaric chamber for sale |
| vitaeris 320 hyperbaric chamber for sale | oxy health care |
| respiro hyperbaric oxygen chamber | oxyhealth lawsuit |

11/10/16 at 8pm
https://cache.spyfu.com/?d=20161101&t=27378181&name=solace%20210%20hyperbaric%20chamber

Sechrist **Hyperbaric**
Ad www.sechristusa.com/
**Hyperbaric chamber** manufacturer Over 130 countries. Over 30 years.
Types: Air Or Gas Embolism, Decompression Sickness, Severe Anemia&

**Solace 210 Hyperbaric**
Ad www.wow.com/**Solace+210+Hyperbaric**
Search for **Solace 210 Hyperbaric** Look Up Quick Results Now!

Searches related to **solace 210 hyperbaric chamber**

respiro 270 for sale                    used hyperbaric **oxygen** chamber **for sale**
vitaeris 320 hyperbaric chamber **for sale**    oxyhealth hyperbaric chamber

10/7/16 at 8pm

Sechrist **Hyperbaric**
Ad www.sechristusa.com/
**Hyperbaric chamber** manufacturer Over 130 countries. Over 30 years.
Types: Air Or Gas Embolism, Decompression Sickness, Severe Anemia&

**Solace 210 Hyperbaric**
Ad www.wow.com/**Solace+210+Hyperbaric**
Search for **Solace 210 Hyperbaric** Look Up Quick Results Now!

Searches related to **solace 210 hyperbaric chamber**

respiro 270 for sale                    used hyperbaric **oxygen** chamber **for sale**
vitaeris 320 hyperbaric chamber **for sale**    oxyhealth hyperbaric chamber

9/4/16 at 9am
https://cache.spyfu.com/?d=20160901&t=27378181&name=solace%20210%20hyperbaric%20chamber

Sechrist **Hyperbaric**
Ad www.sechristusa.com/
**Hyperbaric chamber** manufacturer Over 130 countries. Over 30 years.

HBOT Heals Chronic Wounds
Ad www.oxyheal-international.com/
Providing Hospitals w/ Wound Care & HBOT Equipment, Services, Education

Searches related to **solace 210 hyperbaric chamber**

solace 210 hyperbaric chamber **for sale**    solace 210 hyperbaric chamber **cost**
fortius 420 hyperbaric chamber price          vitaeris 320 hyperbaric chamber **for sale**
respiro 270                                    used hyperbaric **oxygen** chamber **for sale**
respiro 270 for sale                           hyperbaric chamber **for sale** craigslist

12/12/15 at 4pm

https://cache.spyfu.com/default.aspx?d=20151201&t=27378181&name=solace%20210%20hyperbaric%20chamber&pg=2



11/6/15 at 10pm

https://cache.spyfu.com/?d=20151101&t=27378181&name=solace%20210%20hyperbaric%20chamber



# keyword: solace hyperbaric chamber

2/16/17 at 4am
https://cache.spyfu.com/?d=20170201&t=27378183&name=solace%20hyperbaric%20chamber

Sechrist Hyperbaric
www.sechristusa.com/
Hyperbaric chamber manufacturer Over 130 countries. Over 30 y...
Hyperbaric Chamber 3200: Hyperbaric Oxygen Chamber

Solace Hyperbaric Chamber For Sale - We have all of them
search.gmx.net/Your_Results/Free
Find Solace Hyperbaric Chamber For Sale Here Check Out 1000...

HBOT Chamber on eBay
www.ebay.com/
4.0 ★★★★☆ advertiser rating
Fantastic prices on HBOT Chamber. Feed your passion on eBay
Buy It Now Available ? Huge Selection ? Buyer Protection Program
? Daily Deals

Searches related to solace hyperbaric chamber

| | |
|---|---|
| vitaeris 320 hyperbaric chamber for sale | oxyhealth hyperbaric chamber |
| respiro 270 for sale | respiro hyperbaric oxygen chamber |
| oxyhealth solace 210 price | oxyhealth lawsuit |
| portable hyperbaric chamber for sale | hyperbaric chamber for sale craigslist |

12/15/16 at 7pm

https://cache.spyfu.com/default.aspx?d=20161201&t=27378183&name=solace%20hyperbaric%20chamber&pg=2

Sechrist Hyperbaric
[Ad] www.sechristusa.com/
**Hyperbaric chamber** manufacturer Over 130 countries. Over 30 y...
Steps: Hyperbaric Oxygen Products, Respiratory Products, Gas Mi...

New Hyperbaric Chambers - Learn the differences in chambers
[Ad] www.holistic-**hyperbarics**.com/
We compare every **hyperbaric chamber**

Solace Hyperbaric on eBay - Fantastic prices on Solace Hyperb...
[Ad] www.ebay.com/
4.1 ★★★★★ advertiser rating
Feed your passion on eBay

Searches related to **solace hyperbaric chamber**

| | |
|---|---|
| vitaeris 320 hyperbaric chamber **for sale** | **portable** hyperbaric chamber **manufacturers** |
| **portable** hyperbaric chamber **for sale** | **portable** hyperbaric chamber **for athletes** |
| **respiro 270 for sale** | hyperbaric chamber **for sale craigslist** |
| **oxyhealth** hyperbaric chamber | **portable** hyperbaric **bag** |

9/14/16 at 4pm

https://cache.spyfu.com/?d=20160901&t=27378183&name=solace%20hyperbaric%20chamber

Sechrist Hyperbaric
[Ad] www.sechristusa.com/
**Hyperbaric chamber** manufacturer Over 130 countries. Over 30 y...

Solace Hyperbaric Chamber
[Ad] www.searchall.com/Search+Results
Search Solace Hyperbaric Chamber with 100's of Results at Sea...

Searches related to **solace hyperbaric chamber**

| | |
|---|---|
| solace hyperbaric chamber **for sale** | **respiro 270 for sale** |
| hyperbaric chamber **vitaeris 320** | solace hyperbaric chamber **price** |
| hyperbaric chamber **vitaeris 320 for sale** | solace hyperbaric chamber **cost** |
| **respiro 270** | **solace 210** |

6/8/16 at 3pm

https://cache.spyfu.com/?d=20160601&t=27378183&name=solace%20hyperbaric%20chamber

Sechrist Hyperbaric
[Ad] www.sechristusa.com/
**Hyperbaric chamber** manufacturer Over 130 countries. Over 30 years.

Own a Hyperbaric Chamber - Perfect for your Home or Office
[Ad] www.**hyperbaric-chambers**-for-sale.com/
*Order 1 today for Special Pricing!
Hyperbaric Oxygen Chamber - Oxygen Concentrators - Oxygen Accessories

Searches related to **solace hyperbaric chamber**

| | |
|---|---|
| solace hyperbaric chamber **for sale** | **respiro 270 for sale** |
| hyperbaric chamber **vitaeris 320** | solace hyperbaric chamber **price** |
| hyperbaric chamber **vitaeris 320 for sale** | solace hyperbaric chamber **cost** |
| **respiro 270** | **solace 210** |

5/11/16 at 9pm

https://cache.spyfu.com/?d=20160501&t=27378183&name=solace%20hyperbaric%20chamber

**Sechrist Hyperbaric**
[Ad] www.sechristusa.com/
**Hyperbaric chamber** manufacturer Over 130 countries. Over 30 years.

**Solace Hyperbaric Chamber**
[Ad] solace-hyperbaric.compare99.com/
Save On **Solace Hyperbaric Chamber Solace Hyperbaric Chamber.** Compare

Searches related to **solace hyperbaric chamber**

| | |
|---|---|
| solace hyperbaric chamber **for sale** | **respiro 270 for sale** |
| hyperbaric chamber **vitaeris 320** | solace hyperbaric chamber **price** |
| hyperbaric chamber **vitaeris 320 for sale** | solace hyperbaric chamber **cost** |
| **respiro 270** | **solace 210** |

3/4/16 at 3am

https://cache.spyfu.com/?d=20160301&t=27378183&name=solace%20hyperbaric%20chamber

**Sechrist Hyperbaric**
[Ad] www.sechristusa.com/
**Hyperbaric chamber** manufacturer Over 130 countries. Over 30 years.

**Solace Hyperbaric Chamber**
[Ad] www.searchall.com/Search+Results
Search **Solace Hyperbaric Chamber** with 1000's of Results at SearchAll

Searches related to **solace hyperbaric chamber**

| | |
|---|---|
| solace hyperbaric chamber **for sale** | **respiro 270 for sale** |
| hyperbaric chamber **vitaeris 320** | solace hyperbaric chamber **price** |
| hyperbaric chamber **vitaeris 320 for sale** | solace hyperbaric chamber **cost** |
| **respiro 270** | **solace 210** |

2/9/16 at 7am

https://cache.spyfu.com/?d=20160201&t=27378183&name=solace%20hyperbaric%20chamber



12/7/15 at 6am

https://cache.spyfu.com/?d=20151201&t=27378183&name=solace%20hyperbaric%20chamber



About 2,610 results

**Any time**
Past hour
Past 24 hours
Past week
Past month
Past year

**All results**
Verbatim

Arizona Travel Oxygen - oximedical.net                                        ⓘ
www.oximedical.net/arizona-stores (866) 696-9558
Showrooms in Phoenix-Mesa-Sun City Portable Oxygen
Concentrator Stores
"Accredited A+ Rating"  Better Business Bureau (BBB)
3102 W Thomas Rd, Phoenix, AZ

  Phoenix Store          Mesa Store
Sales and service off the I-17   Sales and service off the 202
Get help from a Specialist      East
                                Get help from a Specialist

**Portable Hyperbaric Chamber Solace 210, Mild Hyperbaric
Chamber**
www.oxhealth.com/solace-210.html - Cached - Similar
hbot Chambers, Mild Hyperbaric Chamber, Hyperbaric Oxygen
Chamber, Hyperbaric Therapy, Gamow, in-home, treatment, hbot,
hbo, hyperbaric chamber ...

Darren Sharper MN Vikings and his Solace 210 Hyperbaric ...
  https://www.youtube.com/watch?v=mgVQxPDokpg
Jan 24, 2011 - 6 min -
Uploaded by SportsHyperbarics
Darren Sharper, safety for the Minnesota Vikings,
shows you how he uses his Solace 210 ...

OxyHealth Solace 210 Hyperbaric Chamber - YouTube
https://www.youtube.com/watch?v=6nJ5AZRpfcY
Jun 7, 2011 - 5 min - Uploaded by Hulet Smith
OxyHealth Solace 210 Hyperbaric Chamber. Hulet
Smith ... Side by Side Comparison ...

Solace 210 Hyperbaric Chamber by OxyHealth
www.cascadehealthcaresolutions.com/Solace...Hyperbaric-
Chamber.../oxy-solace210.htm - Cached - Similar
$6,890.75 - In stock
The most popular model in our Mild Hyperbaric Chamber line, the
Solace 210 has a new look and added perks. With newly refined
valve ports that raise the ...

Hyperbaric Chamber: Medical Equipment | eBay
www.ebay.com/bhp/hyperbaric-chamber - Cached - Similar
This listing is for the Solace 210 in the first photo, plus an emailed
copy in PDF format of user's manual. This is a used soft-sided mild
hyperbaric chamber for ...

Solace 210 Hyperbaric Chamber | MD Spa Shop
mdspashop.com/shop/solace-210-hyperbaric-chamber/ - Cached -
Similar
The Solace 210 portable hyperbaric chamber is probably the most

Shop for solace      Sponsored ⓘ
h... on Google

OxyHealth          Chinook
Solace             Gamow
$6,900.00          $3,100.80
Rehabmart          Galls

Summit to
Sea
$3,995.00
Rehabmart

Ads ⓘ

Hyperbaric Chamber $3950
www.newtownehyperbarics.com/
(410) 575-4220
Affordable / Home or Office
Rent or Purchase / Available Today

Hyperbaric Oxygen Chamber
www.oxyhealth.com/oxygen-therapy
HBOT& Hyperbaric Chamber
Get A Portable Chamber

Cost Of Hyperbaric Chamber
about.com/Cost+Of+Hyperbaric+Chamber
3.6 ★★★★☆ advertiser rating
Cost Of Hyperbaric Chamber. Search Now!
Over 85 Million Visitors.

Solace Hyperbaric Chamber
wow.com/Solace+Hyperbaric+Chamber
Search solace hyperbaric chamber
Look Up Quick Results Here!

Sechrist Hyperbaric
www.sechristusa.com/
Hyperbaric chamber manufacturer
Over 130 countries. Over 30 years.

11/12/15 at 12pm

https://cache.spyfu.com/?d=20151101&t=27378183&name=solace%20hyperbaric%20chamber





10/7/15 at 4am

https://cache.spyfu.com/?d=20151001&t=27378183&name=solace%20hyperbaric%20chamber



solace hyperbaric chamber

Web    Images    Videos    News    Shopping    Maps    Books

About 2,780 results

**Any time**
Past hour
Past 24 hours
Past week
Past month
Past year

**All results**
Verbatim

**Portable Hyperbaric Chamber Solace 210, Mild Hyperbaric Chamber**
www.oxyhealth.com/solace-210.html - Cached - Similar
hbot Chambers, Mild Hyperbaric Chamber, Hyperbaric Oxygen Chamber, Hyperbaric Therapy, Gamow, in-home, treatment, hbot, hbo, hyperbaric chamber ...

**Darren Sharper MN Vikings and his Solace 210 Hyperbaric ...**
www.youtube.com/watch?v=mgVQxPDokpg
Jan 24, 2011 - 6 min -
Uploaded by SportsHyperbarics
Darren Sharper, safety for the Minnesota Vikings, shows you how he uses his Solace 210 ...

**Solace 210 Hyperbaric Chamber by OxyHealth**
www.cascadehealthcaresolutions.com/Solace...Hyperbaric-Chamber.../oxy-solace210.htm - Cached - Similar
$6,890.75 - In stock
The most popular model in our Mild Hyperbaric Chamber line, the Solace 210 has a new look and added perks. With newly refined valve ports that raise the ...

**Hyperbaric Chamber: Medical Equipment | eBay**
www.ebay.com/bhp/hyperbaric-chamber - Cached - Similar
This listing is for the Solace 210 in the first photo, plus an emailed copy in PDF format of user's manual. This is a used soft-sided mild hyperbaric chamber for ...

**Solace 210 Hyperbaric Chamber | MD Spa Shop**
mdspashop.com/shop/solace-210-hyperbaric-chamber/ - Cached - Similar
The Solace 210 portable hyperbaric chamber is probably the most popular hyperbaric chamber on the market. Its small size, light weight, and low price make it ...

**FREETHECHAMBER.COM Review Hyperbaric Chambers brands**
freethechamber.com/ - Cached - Similar
Explanation of hyperbaric chambers. I study hyperbaric oxygen chamber therapy and give my results on my site.

**Hyperbaric Chamber Review: OxyHealth Vitaeris 320, Newtowne ...**
holistic-hyperbarics.com/ - Cached - Similar
OxyHealth Hyperbaric Chambers and Newtowne Hyperbaric Chambers and Dive ... The Oxyhealth Solace 210 hyperbaric chamber is the most commercial ...

**Hyperbaric Chamber - Rehabmart.com**

Shop for solace h... on Google    Sponsored ⓘ



OxyHealth Solace
$6,900.00
Rehabmart

Summit to Sea
$3,995.00
Rehabmart

Chinook Gamow Galls
$3,294.60

Ads ⓘ

**O2 Hyperbaric Gas Supply**
www.airproducts.com/HBOT
Reliable supply system to meet your complex tank space restrictions.

**Hyperbaric Chamber $3950**
www.newtownehyperbarics.com/
(410) 975-7372
Affordable / Home or Office
Rent or Purchase / Available Today

**Hyperbaric Chambers**
www.nbhyperbarics.com/
Quality Hyperbaric Chambers
Rent to Own and Purchase Programs

**Hyperbaric Oxygen Therapy**
www.oxygenairtherapy.com/
Only Private HBOT Clinic in Cbus OH
Using Oxygen To Increase Healing

**Sechrist Hyperbaric**
www.sechristusa.com/
Hyperbaric chamber manufacturer
Over 130 countries. Over 30 years.

9/4/15 at 1am
https://cache.spyfu.com/?d=20150901&t=27378183&name=solace%20hyperbaric%20chamber



**3 PAID GOOGLE KEYWORDS TRADEMARKET INFRINGEMENTS FOUND ON SEMRUSH:**

# KEYWORD: VITAERIS 320





**live update ADS COPIES**

**Vitaeris 320 For sale - New / Use Hyperbaric Chamber**
Ad www.atlantahyperbariccent...
We have the largest selection of new and used hyperbaric chambers.

**Personal Hyperbaric Chamber - OxyHealth Vitaeris 320 - Rehabmart.com**
Ad www.rehabmart.com/Hyperba...
Discount & Premium Chambers Free Shipping + Bonus Product!

**Vitaeris 320 Hyperbaric Chamber - Look Up Quick Results**
Ad www.searchall.com/web+res...
Search for **Vitaeris 320** Hyperbaric Chamber. Find **Vitaeris 320** Hyperbaric Chamber.

**Vitaeris 320 on eBay - Fantastic prices on Vitaeris 320**
Ad www.ebay.com/
Feed your passion on eBay

**Vitaeris 320**
Ad www.informationvine.com/V...
Search **Vitaeris 320**. Visit & Look Up Quick Results Now!

**Sechrist HBO Chambers**
Ad www.sechristusa.com/
Largest manufacturer HBO chambers Global Leader for over 30 years.

# KEYWORD: VITAERIS 320 PRICE

vitaeris 320 price   🖥 Desktop   📱 Mobile                                    TUTORIAL
Keyword Ads History for google.com database ⓘ

**KEYWORD ADS HISTORY** 1 - 8 (8) ⓘ

Export

| Domain | May 2017 | | | 2016 | | | | | | | 2017 | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Ads Traffic | Ads Traffic Price (USD) | Ads Keywords | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May |
| newtownehyperbarics.com | 0 | 0 | 0 | 1 | 1 | 1 | | | | | | | 1 | 1 | 1 |
| oxyhealth.com | 0 | 0 | 0 | | | 2 | 1 | | | | | | | 2 | 2 | 2 |
| sechristusa.com | 0 | 0 | 0 | | | | | | | | | | | 3 | 3 | 3 |

| January 2017 | February 2017 | March 2017 | April 2017 | May 2017 |
| --- | --- | --- | --- | --- |
| d | Ad | Sechrist Hyperbaric<br>Ad www.sechristusa.com/<br>Hyperbaric chamber manufacturer Over 130 countries. Over 30 years. | Sechrist Hyperbaric<br>Ad www.sechristusa.com/<br>Hyperbaric chamber manufacturer Over 130 countries. Over 30 years. | Sechrist Hyperbaric<br>Ad www.sechristusa.com/<br>Hyperbaric chamber manufacturer Over 130 countries. Over 30 years. |





# KEYWORD: SOLACE 210

Months Ads were displayed:

2 Ads in JAN 2017, 2 Ads in Feb 2017, 2 Ads in March 2017, 2 Ads in April 2017, 2 Ads in May 2017

No Cached Record Link Available through SEMRUSH

See SEMRUSH Image Report:

**June 6, 2017 Live Update Image from SEMRUSH shows sechristusa.com using Google Ads for keyword solace 210:**

**live update** ADS COPIES

Hyperbaric Chamber $3895 - Manufactured in USA

Ad www.newtownehyperbarics.c...

Purchase / Rent / Rent-to-Own. Affordable / Durable / Safe

Sechrist HBO Chambers

Ad www.sechristusa.com/

Largest manufacturer HBO chambers Global Leader for over 30 years.

Solace 210 on eBay - Fantastic prices on Solace 210

Ad www.ebay.com/

Feed your passion on eBay

Solace 210 Hyperbaric Chamber - Look Up Quick Results

Ad www.searchall.com/web+res...

Search for **Solace 210** Hyperbaric Chamber. Find **Solace 210** Hyperbaric Chamber.

EXHIBIT "E"

  



## Contact ›› Contact Information

Thank you for your interest in Sechrist Industries, the worldwide leader in oxygen therapy equipment.

**Email Us Dire**

**Get Informati**

### Corporate Headquarters
Sechrist Industries, Inc.
4225 E. La Palma Ave.
Anaheim, CA 92807
1.800.SECHRIST (732.4747)
**Phone:** 714.579.8400
**Fax:** 714.579.0814 Email Us Directly

### Customer Service
1.800.SECHRIST (732.4747)
US Extension: 230

### Technical Service
1.800.SECHRIST (732.4747)
Extensions: 259

## Sales Offices

### US Sales Office
4225 E. La Palma Ave.
Anaheim, CA 92807
1.800.SECHRIST (732.4747)
US Hyperbaric Sales **West:** Caryn Oldham (714) 322-6628
US Hyperbaric Sales **East:** Chris Patrick (714) 321-7739
Veterinary Division: Barry Baker (850) 510-2781
US Respiratory Sales: Extension 205 Hyperbaric Service Scheduling: 249

### Asia/Pacific & India Sales Office
Ms Wendy Lum
Hougang Central PO Box 157
90 Hougang Avenue 10
Singapore 915306
Cell:   +65-96288760
email: wlum@sechristusa.com

### Middle East/Africa Sales Office
Mr. Ashraf Wagih
P.O. Box 82, 6-October Club, 12591, 6-October
Cairo - Egypt
Cell: +20 100 933 0753
email: AWagih@sechristusa.com

### Latin America Office
Mr.Henry Sand
Miami, FL
Tel# +1(714) 616-2135
email: HSand@sechristu

### Europe Sales Office
Sechrist Industries, Inc.
Jaroslav Chvojka
P.O. Box 4
14016 Praha 416
Czech Republic
Cell: +420 724 511 888
email: JChvojka@Sechri

### Authorized Represen

Obelis s.a.
Bd. Général Wahis 53
B-1030 Brussels, Belgiu
Phone: 32.2.732.59.54
Fax: 32.2.732.60.03
E-mail: mail@obelis.net
Representative: Mr. Gide

### Company
### About Hyperbarics
### Sechrist Products
### Customer Support
### Field Services
### Sechrist News
What's New at Sechrist
Events
Press Releases
### Contact






4225 E La Palma Ave   \   Anaheim, CA 92807   \   **1-800-SECHRIST (732-4747)**

Home   \   Privacy Policy   \   Site Map   \   Company Email